EMILY A. EMERSON, Respondent, *v.* JESSE MILTON EMERSON, Appellant.

(Argued June 6, 1894; decided June 22, 1894.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made March 27, 1893, which modified and affirmed as modified a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*Charles J. Hardy* for appellant.

*Black & King* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

MARY E. STEPHENS, Respondent, *v.* THE HUDSON VALLEY KNITTING COMPANY, Appellant.

(Argued June 8, 1894; decided June 22, 1894.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made May 9, 1893, which affirmed a judgment in favor of plaintiff entered upon a verdict.

*Matthew Hale* for appellant.

*George B. Wellington* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.